443 A.2d 381

Commonwealth v. Kash, Appellant.

Petition for Allowance of Appeal Denied May 18, 1982.

Submitted May 20, 1981. John H. Corbett, Jr., Public Defender, for appellant; Robert L. Eberhardt, Deputy District Attorney, for Commonwealth, appellee.

Before HESTER, POPOVICH and MONTGOMERY, JJ.

Order affirmed.

443 A.2d 382

Commonwealth v. Kirkland, Appellant.

Submitted February 23, 1981. Douglas M. Johnson, Assistant Public Defender, for appellant; Ronald T. Williamson, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, WIEAND and JOHNSON, JJ.

The judgment of sentence dated May 28, 1980 is affirmed.